UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN W. HARVEY, Sr.,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

Case No. 13-13412

HON. AVERN COHN

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 20)**
**AND**
**GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 18)**
**AND**
**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 14)**
**AND**
**DISMISSING CASE**

I.

This is a social security case. Plaintiff Brian W. Harvey, Sr. appeals from the final determination of the Commissioner of Social Security (Commissioner) that he is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. See Docs. 14, 18.

On October 7, 2014, the magistrate judge issued a report and recommendation (MJRR) recommending that the Commissioner's motion be granted, that plaintiff's motion be denied, and the case be dismissed. (Doc. 20).

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. Thomas v. Arn, 474 U.S. 140, 149 (1985). The Court has reviewed the MJRR and agrees with the magistrate judge's recommendations.

Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. The Commissioner's motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED. This case is DISMISSED.

SO ORDERED.

       S/Avern Cohn
       AVERN COHN
       UNITED STATES DISTRICT JUDGE

Dated: November 12, 2014
      Detroit, MI

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 12, 2014, by electronic and/or ordinary mail.

       S/Sakne Chami
       Case Manager, (313) 234-5160